Nicholas R. Nowicki
AZ Lic. # 029740
McDonough & Nowicki PLLC
3011 36th Avenue South, #6
Minneapolis, MN 55406
Telephone: 612-217-0257
Fax: 612-345-7016
Email: nik@mcnowick.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorney for Plaintiff,*
*Darby Green,*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Darby Green,<br><br>        Plaintiff,<br><br>   vs.<br><br>Trans Union , LLC,<br>a Delaware limited liability company; and<br>Bank of America, National Association,<br>a North Carolina company.<br><br>        Defendants. | Case No.:<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMAND** |

1

NOW COMES THE PLAINTIFF, DARBY GREEN, BY AND THROUGH COUNSEL, Nicholas Nowicki, and for his Complaint against the Defendants, pleads as follows:

## JURISDICTION

1. Jurisdiction of this court arises under 15 U.S.C. §1681p.

2. This is an action brought by a consumer for violation of the Fair Credit Reporting Act (15 U.S.C. §1681 et. seq [hereinafter "FCRA"]).

## VENUE

3. The transactions and occurrences which give rise to this action occurred in the City of Scottsdale, Maricopa County, Arizona.

4. Venue is proper in the Phoenix Division.

## PARTIES

5. The Defendants to this lawsuit are:

   a. Trans Union, LLC ("Trans Union"), a Delaware company that maintains a registered agent in Maricopa County, Arizona; and

   b. Bank of America, National Association ("BOA"), which is a North Carolina corporation that maintains a registered agent in Maricopa County, Arizona.

## **GENERAL ALLEGATIONS**

6. BOA is reporting its trade line with account number 681790XXXX ("Errant Trade Line") on Plaintiff's Trans Union credit file with a balance and past due amount of $47,615.00. Further, Bank of America is reporting its trade line with multiple charge offs.

7. In 2010, Mr. Green had a short sale on the property, which is the subject of this trade line, and therefore does not owe the balance or past due amount.

8. In December 2014, Mr. Green began disputing the Errant Trade Line.

9. On or about April 22, 2015, Mr. Green obtained his Trans Union credit file and noticed multiple charge offs on the Errant Trade Line, as well as a balance and past due amount $47,615.00.

10. On or about May 7, 2015, Mr. Green submitted a letter to Trans Union disputing the multiple charge offs on the Errant Trade Line, the balance, and the past due amount.

11. Upon information and belief, Trans Union transmitted Mr. Green's consumer dispute to Trans Union.

12. On or about May 19, 2015, Mr. Green received investigation results from Trans Union which stated that the Errant Trade Line was retained with a balance of $47,615.00, a past due amount of $47,615.00, and multiple charge offs.

# COUNT I

## NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY BOA

13. Plaintiff realleges the above paragraphs as if recited verbatim.

14. After being informed by Trans Union of Mr. Green's consumer dispute of the balance, past due amount, and multiple charge offs on the Errant Trade Line, BOA negligently failed to conduct a proper investigation of Mr. Green's dispute as required by 15 USC 1681s-2(b).

15. BOA negligently failed to review all relevant information available to it and provided by Trans Union in conducting its reinvestigation as required by 15 USC 1681s-2(b).  Specifically it failed to direct Trans Union to remove the balance of $47,615.00, past due amount of $47,615.00, and multiple charge offs on the Errant Trade Line.

16. The Errant Trade Line is inaccurate and creating a misleading impression on Mr. Green's consumer credit file with Trans Union to which it is reporting such trade line.

17. As a direct and proximate cause of BOA's negligent failure to perform its duties under the FCRA, Mr. Green has suffered damages, mental anguish, suffering, humiliation and embarrassment.

18. BOA is liable to Mr. Green by reason of its violations of the FCRA in an amount to be determined by the trier fact together with reasonable attorneys' fees pursuant to 15 USC 1681o.

19. Mr. Green has a private right of action to assert claims against BOA arising under 15 USC 1681s-2(b).

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against the Defendant BOA for damages, costs, interest and attorneys' fees.
.

## COUNT II

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY BOA

20. Plaintiff realleges the above paragraphs as if recited verbatim.

21. After being informed by Trans Union that Mr. Green disputed the accuracy of the information it was providing, BOA willfully failed to conduct a proper reinvestigation of Mr. Green's dispute.

22. BOA willfully failed to review all relevant information available to it and provided by Trans Union as required by 15 USC 1681s-2(b).

23. As a direct and proximate cause of BOA's willful failure to perform its duties under the FCRA, Mr. Green has suffered damages, mental anguish, suffering, humiliation and embarrassment.

24. BOA is liable to Mr. Green for either statutory damages or actual damages they have sustained by reason of its violations of the FCRA in an amount to be determined by the trier fact, together with an award of punitive damages in the amount to be determined by the trier of fact, as well as for reasonable attorneys' fees and they may recover therefore pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against the Defendant BOA for the greater of statutory or actual damages, plus punitive damages along with costs, interest and attorneys' fees.

## COUNT III

**NEGLIGENT VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION**

25. Plaintiff realleges the above paragraphs as if recited verbatim.

26. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published and otherwise reproduced consumer reports regarding Mr. Green as that term is defined in 15 USC 1681a.

27. Such reports contained information about Mr. Green that was false, misleading and inaccurate.

28. Trans Union negligently failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to Mr. Green, in violation of 15 USC 1681e(b).

29. After receiving Mr. Green's consumer dispute to the Errant Trade Line, Trans Union negligently failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

30. As a direct and proximate cause of Trans Union's negligent failure to perform its duties under the FCRA, Mr. Green has suffered actual damages, mental anguish and suffering, humiliation and embarrassment.

31. Trans Union is liable to Mr. Green by reason of its violation of the FCRA in an amount to be determined by the trier fact together with his reasonable attorneys' fees pursuant to 15 USC 1681o.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Trans Union for actual damages, costs, interest and attorneys' fees.

## COUNT IV

### WILLFUL VIOLATION OF THE FAIR CREDIT REPORTING ACT BY TRANS UNION

32. Plaintiff realleges the above paragraphs as if recited verbatim.

33. Defendant Trans Union prepared, compiled, issued, assembled, transferred, published and otherwise reproduced consumer reports regarding Mr. Green as that term is defined in 15 USC 1681a.

34. Such reports contained information about Mr. Green that was false, misleading and inaccurate.

35. Trans Union willfully failed to maintain and/or follow reasonable procedures to assure maximum possible accuracy of the information that it reported to one or more third parties pertaining to Mr. Green, in violation of 15 USC 1681e(b).

36. After receiving Mr. Green's consumer dispute to the Errant Trade Line, Trans Union willfully failed to conduct a reasonable reinvestigation as required by 15 U.S.C. 1681i.

37. As a direct and proximate cause of Trans Union's willful failure to perform its duties under the FCRA, Mr. Green has suffered actual damages, mental anguish and suffering, humiliation and embarrassment.

38. Trans Union is liable to Mr. Green by reason of its violations of the FCRA in an amount to be determined by the trier of fact together with his reasonable attorneys' fees pursuant to 15 USC 1681n.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Defendant Trans Union for the greater of statutory or actual damages plus punitive damages, along with costs, interest and attorneys' fees.

## JURY DEMAND

Plaintiff hereby demands a trial by Jury.

DATED: November 19, 2015    **McDONOUGH & NOWICKI PLLC**

/s/ Nicholas R. Nowicki

Nicholas R. Nowicki
AZ Lic. # 029740
McDonough & Nowicki PLLC
3011 36th Avenue South, #6
Minneapolis, MN 55406
Telephone: 612-217-0257
Fax: 612-345-7016
Email: nik@mcnowick.com

*Attorneys for Plaintiff,
Darby Green*

Case 2:15-cv-02359-SPL   Document 1   Filed 11/19/15   Page 10 of 10