Nicholas R. Nowicki
AZ Lic. # 029740
McDonough & Nowicki PLLC
7107 E. Thomas Rd., Suite 105
Scottsdale, AZ 85251
Telephone: 612-217-0257
Email: nik@mcnowick.com

Of Counsel to:
Nitzkin & Associates
22142 West Nine Mile Road
Southfield, MI 48033
Telephone:  (248) 353-2882
Facsimile:  (248) 353-4840

*Attorney for Plaintiff,*
*Darby Green,*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Darby Green, | Case No.: 2:15-cv-02359-ESW |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| Trans Union , LLC, a Delaware limited liability company; and Bank of America, National Association, a North Carolina company. | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 41, plaintiff Darby Green and defendants Trans Union, LLC, and Bank of America, N.A., stipulate to dismiss this action, without prejudice, and with each party to bear its own attorneys' fees and costs. This stipulation is accompanied by a proposed form of order.

DATED this 18 day of January, 2016.

/s/  Nicholas R. Nowicki.
NICHOLAS R. NOWICKI
McDONOUGH & NOWICKI PLLC
Attorney(s) for Plaintiff
7107 E. Thomas Rd., Suite 105
Scottsdale, AZ 85251
nik@mcnowick.com

/s/ Eric Moores.
ROBERT W. SHELY
ERIC MOORES
BRYAN CAVE LLP
Attorney for Defendant Bank of
America, N.A.
Two N. Central Ave., Suite 2200
Phoenix, AZ 85004
rwshely@bryancave.com
mooresE@bryancave.com

s/ Philip Wooten.
PHILIP R. WOOTEN
PHILIP R. WOOTEN PC
Attorney for Trans Union
3413 East Equestrian Trail
Phoenix, Arizona 85044-3403
Philip.wooten@azbar.org

2