IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darby Green,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Trans Union, LLC, et al.,<br><br>　　　　　Defendants. | No. CV-15-02359-PHX-SPL<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal (Doc. 19). Pursuant to the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 19) is **granted**;
2. That this action is **dismissed without prejudice** in its entirety;
3. That each party shall bear its own costs and attorneys' fees; and
4. That the Clerk of Court shall **terminate** this action.

Dated this 19th day of January, 2016.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge